1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  THOMAS STOUT (CABN 241348)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3717
7       FAX: (510) 637-3724
        Thomas.Stout@usdoj.gov
8
9  Attorneys for United States of America

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )  CASE NO. 4-19-72087
                                       )
14         Plaintiff,                  )
                                       )  NOTICE OF PROCEEDINGS ON OUT-OF-
15      v.                             )  DISTRICT CRIMINAL CHARGES PURSUANT TO
                                       )  RULES 5(c)(2) AND (3) OF THE FEDERAL
16 DANIEL LEE RIPPY,                   )  RULES OF CRIMINAL PROCEDURE
                                       )
17         Defendant.                  )
                                       )
18                                     )
                                       )
19

20      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

21 that on December 29, 2019, the above-named defendant was arrested pursuant to an arrest warrant (copy

22 attached) issued upon an

23      ■    Indictment

24      ☐    Information

25      ☐    Criminal Complaint

26      ☐    Other (describe) _____

27 pending in the Southern District of Ohio, Case Number: CR 2:19-cr-211.

28      In that case (copy of indictment attached), the defendant is charged with violations of Title 18,

RULE 5                                                                                v. 7/10/2018

**FILED**
DEC 30 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

1  United States Code, Section 875(c), threat in interstate communications.
2        The maximum penalties are as follows:
3  18 U.S.C. § 875(c) – up to 5 years imprisonment, up to $250,000 fine, up to 3 years supervised release,
4  and $100 special assessment.

Respectfully Submitted,

DAVID L. ANDERSON
UNITED STATES ATTORNEY

Date: December 30, 2019

THOMAS STOUT
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2019 SEP 26 AM 11:59

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL LEE RIPPY<br><br>Defendant. | CASE NO. 2:19cr211<br><br>JUDGE Judge Marbley<br><br>INDICTMENT<br><br>18 U.S.C. § 875(c) |

THE GRAND JURY CHARGES:

## COUNT 1
### (Threat in Interstate Communications)

On or about November 24, 2018 in the Southern District of Ohio, and elsewhere, the defendant, DANIEL LEE RIPPY, knowingly and willfully transmitted in interstate commerce an electronic communication from the State of California to The Ohio State University in Columbus, Ohio that contained a threat to injure students at The Ohio State University and which was sent during the football game between The Ohio State University and the University of Michigan in Columbus, Ohio, to wit: the defendant stated that "your school is going to get shot the fuck up and I'm seriously going to hurt the students and all the players from the football team."

In violation of 18 U.S.C. § 875(c).

A TRUE BILL

s/Foreperson
FOREPERSON

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

*Jessica W. Knight*
JESSICA W. KNIGHT, (0086615)
Assistant United States Attorney