# UNITED STATES DISTRICT COURT

for the

## Northern District of California

| | |
|---|---|
| U.S.A. Vs. Daniel Lee Rippy | Docket No. 4:19-mj-72087-MAG-1 |

## Petition for Arrest Warrant for Defendant Under Pretrial Supervision

| | |
|---|---|
| Name of Defendant: | RIPPY, Daniel Lee |
| Name of Judicial Officer: | Sallie Kim, U.S. Magistrate Judge |
| Date of Release: | December 30, 2019 |
| Charged Offense: | 18 U.S.C. § 875(c) |
| Release Conditions: | $50,000 (Unsecured) |
| Special Conditions: | 1. The defendant must appear at all proceedings as ordered by the Court and must surrender for service of any sentence imposed; |
| | 2. The defendant must not commit any federal, state, or local crime; |
| | 3. The defendant must not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation; |
| | 4. The defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed by Pretrial Services; |
| | 5. The defendant must not possess any firearm, destructive device, or other dangerous weapon; |
| | 6. The defendant must maintain current employment, or if unemployed must seek and maintain verifiable employment, or must commence an educational program subject to approval by Pretrial Services; |
| | 7. The defendant must submit to drug and alcohol testing as directed by Pretrial Services; |
| | 8. The defendant must participate in substance abuse treatment, on |

     an out-patient or residential basis, as directed by Pretrial Services;
9. The defendant must participate in mental health treatment, as directed by Pretrial Services;
10. The defendant must not change residence without prior approval of Pretrial Services;
11. The defendant shall reside in a halfway house at 111 Taylor Street, in San Francisco, California, and must comply with all conditions of that facility;
12. The defendant must comply to with the following location restrictions: Defendant must not travel outside of The Norther District of California and the Southern District of Ohio;
13. The defendant must remain at the halfway house at all times, except for employment, education, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-approved obligations, and other activities approved in advance by Pretrial Services.

## Petitioning the Court

For the issuance of a no-bail warrant for the defendant's arrest.

     I, Richard Sarlatte, a U.S. Pretrial Services Supervising Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct.  The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

**VIOLATION(S):**

1)      On December 30, 2019, the defendant was released on bond by Your Honor on several conditions of release, including Pretrial Services supervision and placement at a halfway house in San Francisco.  He was ordered to report to the San Francisco Pretrial office immediately upon his release from U.S. Marshals custody. At approximately 2:30 p.m., Pretrial Services contacted the U.S. Marshal's office and we were informed that the defendant was released "over

**PETITION FOR ARREST WARRANT**
**RE:  Rippy, Daniel Lee**                              Docket No.4:19-mj-72087-MAG-1

one hour prior." A voice mail message was left directing the defendant to come to the Pretrial Services office immediately. As of the writing of this petition, the defendant has not responded and his whereabouts are unknown.

It should be noted that the defendant's attorney was contacted and he also had been unsuccessful in contacting the defendant as of this writing of this petition.  We also contacted the halfway house and confirmed he had not reported to their facility.

Based on the foregoing, there is probable cause to believe that **DANIEL LEE RIPPY** violated the conditions of his pretrial supervision release.  Therefore, I ask the Court to issue a no-bail warrant for his arrest.


                                                    Respectfully submitted,

                                                    _____
                                                    Richard Sarlatte
                                                    U.S. Pretrial Services Supervisor
                                                    Place:  **San Francisco, California**
                                                    Date Signed:  December 30, 2019

**PETITION FOR ARREST WARRANT**
**RE: Rippy, Daniel Lee**                **Docket No.4:19-mj-72087-MAG-1**

---

Having considered the information set forth above, the Court finds there is probable cause to believe the defendant violated the terms and conditions of his pretrial release.

**THE COURT ORDERS:**

[X]  The issuance of a no-bail warrant for the defendant's arrest so that he/she may be brought before the Court to show cause why bail should not be revoked.

[ ]  Other:

| December 30, 2019 | *Sallie Kim* |
|---|---|
| **Date** | **Honorable Sallie Kim** |
|  | **U.S. Magistrate Judge** |