UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street, Suite No. 400 South
Oakland, CA 94612

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
510-637-3530

January 8, 2020

**FILED**
JAN 29 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Office of the Clerk
Joseph P. Kinneary U.S. Courthouse
Room 121
85 Marconi Boulevard
Columbus, Ohio 43215

Case Name:   USA v. Daniel Lee Rippy
Case Number:   CAND: 4:19-mj-72087-MAG-1   OHSD # 2:19-cr-00211-ALM-1
Charges:   18:875(c): Threat in Interstate Communications

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge ~~Kandis A. Westmore~~ Donna M. Ryu. The following action has been taken:

( )   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )   The defendant has a court appearance in your court on or before:

Enclosed are the following documents:

(X)   Original Rule 5 affidavit

(X)   Order Setting Conditions of Release and Appearance

(X)   CJA 23 Financial Affidavit

(X)   Certified copy of Order Requiring Defendant to Appear in the District Where Charges are Pending and Transferring Bail

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Susan Y. Soong, Clerk

By: _____
Jessie Mosley,
Case Systems Administrator

Receipt of the above-described documents is acknowledged

Date: __1/22/2020__

**CLERK, U.S. DISTRICT COURT**

By: _____
Deputy Clerk